EXHIBIT 1

MASTER

**COMPUTER® ASSOCIATES**
*Software superior by design.*

**LICENSE AGREEMENT**

Computer Associates International, Inc.   711 Stewart Avenue   Garden City, NY 11530-4787   516-227-3300

This License Agreement between __DELTA AIR LINES, INC.__ ("Licensee") and Computer Associates International, Inc. ("CA") covers Program Products to be licensed by Licensee pursuant to Order Forms which may be submitted and accepted from time to time.

When CA accepts an Order Form, Licensee will have, subject to the terms and conditions of this Agreement, a nontransferable and nonexclusive license to use the Program Product(s), optional features, if any, and related materials (collectively the "Licensed Program") described in the Order Form(s) referencing this Agreement. This Agreement applies to all program code, documentation, training materials, and enhancements embodying or related to the Licensed Program and any subsequent versions or releases of the Licensed Program which may be delivered to Licensee and the definition of Licensed Program includes all such code, documentation, materials and enhancements.

**USE OF LICENSED PROGRAM**

This Agreement authorizes Licensee to use the Licensed Program(s), covered by Order Form(s) accepted by CA, only with the Designated CPU(s) of Licensee at the installation site of Licensee identified on the Order Form and only for the internal operations of Licensee and for the processing of its own data.

**TITLE, CONFIDENTIALITY AND RESTRICTIONS**

Title to the Licensed Program remains with CA, and the Licensed Program is a trade secret and the proprietary property of CA. Licensee and its employees will keep the Licensed Program strictly confidential, and Licensee will not disclose or otherwise distribute the Licensed Program to anyone other than Licensee's authorized employees. Licensee will not remove or destroy any proprietary markings of CA. Licensee will not permit anyone except its authorized employees to have access to the Licensed Program. Except for archive purposes, Licensee will not make or permit others to make copies of or reproduce any part of the Licensed Program in any form without the prior written consent of CA. In no event will Licensee decompile, disassemble or otherwise reverse engineer any Licensed Program.

If Licensee moves its computer installation, the Licensed Program can be transferred to the new location for use on the Designated CPU(s) without a relocation charge to Licensee, but Licensee must give prior written notice to CA of such move and confirm to CA that the old computer installation has been closed. If Licensee desires, subject to obtaining CA's consent, to operate the Licensed Program other than with the Designated CPU(s) or other than at the installation site identified on the Order Form, Licensee will be required to pay to CA the then applicable upgrade, supplemental, transfer or replacement fees of CA. In no event can the Licensed Program be transferred outside of country boundaries.

If this Agreement should terminate for any reason, Licensee shall certify in writing to CA that all copies or partial copies of the Licensed Program have been either returned to CA or otherwise destroyed and deleted from any computer libraries or storage devices and are no longer in use by Licensee.

**ENTIRE AGREEMENT AND MODIFICATIONS**

This Agreement, including the reverse side of this Agreement, the Order Form(s) and any other exhibits attached to this Agreement, represents the entire agreement between CA and Licensee with respect to the Licensed Program, and CA and Licensee agree that all other agreements, proposals, purchase orders, representations and other understandings concerning the Licensed Program, whether oral or written, between the parties are superseded in their entirety by this Agreement. No alteration or modifications of this Agreement will be valid unless made in writing and signed by the parties. No attachment, supplement or exhibit to this Agreement shall be valid unless initialed by an authorized signatory of CA.

(See Reverse Side For Additional Important Provisions)

| COMPUTER ASSOCIATES INTERNATIONAL, INC. | LICENSEE DELTA AIR LINES, INC. |
|---|---|
| By: _[signature]_ | By: _[signature]_ (Authorized Signature) |
| ROBERT B. DINKEL, SR. VICE PRESIDENT INFORMATION SYSTEMS PRODUCTS GROUP | H. L. HARRIS |
| Name of person signing | Type or print name of person signing |
| SEPTEMBER 6, 1989 | PRESIDENT & CHIEF OPERATING OFFICER |
| Date | Title |
| 226691 | 8-25-89 |
| License Agreement No. | Date |

**LIMITED WARRANTY**

CA warrants that it can grant the license described in this Agreement and the Order Form(s) and CA will defend or, at its option, settle any action at law against Licensee based upon a claim that Licensee's use of the Licensed Program in accordance with this Agreement infringes any patent, copyright or other intellectual property right of any third party. CA also represents that the Licensed Program will operate according to the specifications published by CA for the Licensed Program. If it is determined that the Licensed Program does not operate according to such specifications, CA's only responsibility will be to use its best efforts, consistent with industry standards, to cure the defect.

Any warranties made by CA (other than that of noninfringement) will extend and be in effect only for the period that Licensee is entitled to use the Licensed Program and for which Licensee shall have paid the Usage and Maintenance Fee, if applicable. With respect to hardware equipment supplied by CA, CA will, upon request, assign to Licensee any warranties which may be made by the original manufacturer of such hardware equipment.

In the event that Licensee makes any changes or modifications to the Licensed Program, Licensee agrees that such changes and modifications shall be the property of CA, unless CA shall have given its prior written consent to the contrary. Furthermore, any such changes or modifications made by Licensee to a Licensed Program will mean that the foregoing limited warranty of CA with respect to such Licensed Program shall no longer apply, and CA shall have the right to charge Licensee for additional support services at CA's then prevailing service rate, but CA shall have no obligation to provide such services.

**WARRANTY AND LIABILITY LIMITATIONS**

EXCEPT AS SET FORTH ABOVE, NO OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE MADE BY CA AND CA MAKES NO WARRANTIES WITH RESPECT TO ANY HARDWARE EQUIPMENT WHICH CA MAY SUPPLY TOGETHER WITH THE LICENSED PROGRAM OR FOR THE IMPLEMENTATION THEREOF. IN NO EVENT WILL CA BE LIABLE TO LICENSEE OR ANY OTHER PARTY FOR ANY LOSS, INCLUDING TIME, MONEY, GOODWILL AND CONSEQUENTIAL DAMAGES, WHICH MAY ARISE FROM THE USE, OPERATION OR MODIFICATION OF THE LICENSED PROGRAM.

**DISASTER RECOVERY**

In the event that Licensee certifies in writing to CA that it has a bona fide disaster recovery plan with respect to the computer software programs used in its operations, Licensee may make one copy of the Licensed Program for archival purposes and use such archival copy on a CPU other than the Designated CPU or at an installation site other than that identified on the Order Form, such other CPU or installation site to be owned or controlled by Licensee. The use of such archival copy shall be limited (a) for the purpose of conducting limited testing of the disaster recovery plan's procedures and effectiveness (which testing shall not exceed one week in any three month period) and (b) during any period subsequent to the occurrence of an actual disaster during which the Licensee cannot operate the Licensed Program on the Designated CPU or at the installation site identified on the Order Form. Licensee agrees to furnish such further documentation with respect to its disaster recovery plan and procedures as CA may request from time to time.

**ASSIGNMENT**

Licensee may not assign this Agreement, the use of any Licensed Program or its rights and obligations under this Agreement without the prior written consent of CA. CA, however, may assign this Agreement to any third party, provided that such party assumes the obligations of CA under this Agreement. CA may also assign its right to payment under this Agreement or grant a security interest in this Agreement or such payment right to any third party without requiring that such third party be liable for the obligations of CA under this Agreement.

**ESCROW OF SOURCE CODE**

CA has deposited a copy of the source code of the Licensed Program with Mendelsohn, Kary, Bell & Natoli, 666 Fifth Avenue, New York, N.Y. 10103. Such source code will be updated with each new release of the Licensed Program which will also be deposited with the escrow agent. Such copies of the source code will be held in escrow and in the event of a final adjudication of CA as bankrupt, Licensee will, upon payment of the duplication cost and other handling charges of the escrow agent, be entitled to obtain a copy of such source code from the escrow agent. Licensee will, however, only use such copy of the source code internally to support the Licensed Program. The escrow agent's only responsibility will be to use its good faith efforts to cause a copy of the source code, in the form as delivered by CA, to be delivered to Licensee at the appropriate time.

**TAXES AND DUTIES**

The amounts set forth on any Order Form are exclusive of any tariffs, duties or taxes imposed or levied by any government or governmental agency including, without limitation, federal, state and local sales, use, value added and personal property taxes, and Licensee agrees to pay any such tariffs, duties or taxes (other than franchise and income taxes for which CA is responsible) upon presentation of invoices by CA. Any claimed exemption from such tariffs, duties or taxes must be supported by proper documentary evidence delivered to CA.

**BREACH AND TERMINATION**

If Licensee breaches any term of this Agreement or any Order Form or fails to pay when due any valid invoice rendered by CA, or if the Licensee becomes insolvent or if bankruptcy or receivership proceedings are initiated by or against Licensee, CA shall have the right to terminate this Agreement immediately and, in addition to all other rights of CA, all amounts which would have become due and payable under this Agreement and any Order Form will immediately become due and payable to CA. Any invoice which is unpaid by Licensee when due shall be subject to an interest charge of 2% per month or part thereof plus such late payment charge as CA may reasonably require to cover its additional costs of administration and collection.



COMPUTER ASSOCIATES INTERNATIONAL, INC.
2300 Windy Ridge Parkway   Suite 1000 South
Marietta, GA 30067
Telephone (404) 953-9276

## ADDENDUM

### Between Delta Air Lines, Inc.

### and

### Computer Associates International, Inc. (CA)

Delta Air Lines, Inc. agrees that except for liability for infringement of any United States patent or copyright, trade secret or other proprietary right, Computer Associates liability for damages, regardless of the form of action, shall not exceed the license fees paid by Delta Air Lines, Inc. for the particular software or optional materials involved.

| COMPUTER ASSOCIATES INTERNATIONAL, INC. | LICENSEE: DELTA AIR LINES, INC. |
|---|---|
| By: _____ | _____ |
| Authorized Signature | Authorized Signature |
| ROBERT E. DINKEL SR VICE PRESIDENT INFORMATION SYSTEMS PRODUCTS GROUP | H. L. HARRIS |
| Print Name of Person Signing | Print Name of Person Signing |
| SEPTEMBER 6, 1989 | PRESIDENT & CHIEF OPERATING OFFICER |
| Title | Title |
| SEPTEMBER 6, 1989 | 8-25-89 |
| Date | Date |

ATTN: ~~JANET~~ TIMMES ; CONTRACT ADMIN.
GARDEN CITY, N.Y.

M E M O R A N D U M

TO: SALES ACCOUNTING / MIKE GUIDO / TONY DAVIS / BRANT STEVENS
FM: MARK DILLON
DT: ATLANTA 2

---

COMPANY: DELTA AIR LINES, INC
PRODUCT: (MASTER) LICENSE AGREEMENT ; ADDENDUM
DISCOUNT PERCENT: NA
REASON FOR DISCOUNT: NA


PAY OPTION: NA      INVOICE: NA      SPV: NA

DOES THIS LICENSE OVERRIDE ANY OTHER CA-LICENSE? ___NA -___

---

ARE THERE ANY SPECIAL CONSIDERATIONS FOR THIS LICENSE/COMPANY?
COMMENTS: MIKE SHAFFIELD HAS APPROVED THE CONTENTS OF THE ADDENDUM — CAN WE BOOK BUSINESS WITH A P.O. REFERENCING THIS LICENSE AGREEMENT?