EXHIBIT 2

**BROADCOM**
connecting everything

The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

CA, Inc. ("CA")
1320 Ridder Park Drive,
San Jose, CA, US, 95131

Product Renewal Notification and/or Software ("Order").

| Quote Number : | CPQ-943492 | If issuing a PO, please ensure Quote # is referenced. | Quote Expiration Date: | Dec 30, 2022 |
|---|---|---|---|---|

| Effective Date of this Order | Jan 01, 2023 | | |
|---|---|---|---|
| Customer Name: | DELTA AIR LINES, INC. | Customer ID No: | 5232825 |
| Customer Address: | 1030 Delta Blvd.  Atlanta GA 30354-1977 US | | |
| Billing Address: | 1030 Delta Blvd. Atlanta GA 30354-1977 US | | |
| Billing Contact: | Tom Halliday | E-mail: | APHelp.Delta@delta.com |
| Shipment Address: | 1030 Delta Blvd.  Atlanta GA 30354-1977 US | | |
| Shipping Contact: | Darrin Hardy | E-mail: | darrin.hardy@delta.com |
| Master Agreement: | This Order is entered into by and between Delta Air Lines, Inc. ("Delta" or "Customer") and CA, INC. (f/k/a Computer Associates International, Inc.), pursuant to and governed by the License Agreement # 226691 entered into by and between Delta and CA dated August 25, 1989, as amended | | |

**Offer Expiration**
The pricing and terms offered herein expire unless Customer either (i) executes (if the Order contains a Customer signature block) and delivers this Order or (ii) delivers a Purchase Order referencing this Quote Number to CA prior to 5 PM Customer's local time zone on the Quote Expiration Date, however this provision shall be null and void and have no legal effect if this Order is countersigned by CA.

*Remainder of page intentionally left blank*

Quote# CPQ-943492                                                                                     Page 1 of 3

**BROADCOM**
connecting everything.

The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

CA, Inc. ("CA")

Product Renewal Notification and/or Software ("Order").

1320 Ridder Park Drive,
San Jose, CA, US, 95131

## On-Premise Software:

| Prior Contract No | Offering Name | Offering Code | License Type | Authorized Use Limitation | Start Date | End Date | Environment |
|---|---|---|---|---|---|---|---|
| 51046890 | DX Infrastructure Management | DXIMGR990 | Subscription | 4,478 Devices | Jan 01, 2023 | Dec 31, 2023 | |
| 51046890 | DX NetOps | DXNOP2990 | Subscription | 9,431 Devices | Jan 01, 2023 | Dec 31, 2023 | Production |
| 51046890 | Application Performance Management Classic (APM) | APMCLS990 | Subscription | 110 Devices | Jan 01, 2023 | Dec 31, 2023 | |
| N/A | Application Performance Management Classic (APM) | APMCLS990 | Subscription | 113 Devices | Jan 01, 2023 | Dec 31, 2023 | |

**Payment-Schedule USD (Tax not included):**

| Invoice Date | Amount Due |
|---|---|
| Jan 01, 2023 | REDACTED |
| **Total Fees** | REDACTED |

**ORDERING TERMS AND CONDITIONS AND GOVERNING TERMS**
The CA offerings will be delivered electronically (ESD). Title and risk of loss to any hardware components, if included, will pass upon delivery to Customer's carrier at CA's shipping location. Subject to the *Taxes and Duties* section of the CA Agreement, the fees are exclusive of, and Customer agrees to pay in addition to the fees any applicable sales, use, value added and similar taxes imposed on the fees when such payments are due. Customer (a) may only withhold tax as required by law, subject to the application of any reduced rate allowed in an income tax treaty or otherwise, (b) shall request all documentation required for the reduction of withholding tax, and (c) shall provide proof of payment of the withholding tax for credit relative to the applicable invoice(s).

All capitalized terms not defined in this Order shall have the meanings ascribed to them in the CA Agreement. Any terms that may appear on Delta's purchase order that vary from or purport to add to the CA Agreement (including, without limitation, pre-printed terms) are deemed not appended, inapplicable and void.

**PAYMENT INFORMATION**
Notwithstanding anything contrary in the CA Master Agreement, payment terms will be net thirty (30), from date of invoice. In the event a payment due date falls on a weekend or a holiday the payment shall be payable by Customer to CA on the business day immediately prior to such date. CA will send Customer an invoice containing the applicable wire transfer instructions at least thirty (30) days prior to each respective due date.

**PURCHASE ORDER AND PAYMENT**
Customer shall issue and provide CA a Purchase Order ("PO") or series of POs for the full term and total fees that are due contemporaneously with the execution of this Order. Failure to timely remit payment of all amounts set forth in the Payment Schedule shall after written notice by CA and a reasonable opportunity to remit such payment by Customer, to the maximum extent permitted by applicable law, shall relieve CA of any and all support obligations hereunder and all Customer subscription use rights shall be suspended until payment is tendered at which time use rights and support shall recommence.

**BROADCOM**
connecting everything

Product Agreement Notification and/or Software ("Order").

The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries.

1320 Ridder Park Drive,
San Jose, CA, US, 95131

## PRODUCT MIGRATION

- The Licensed Program(s) listed in the table below under the column "Original Product(s)" have been terminated and replaced with the Licensed Program(s) listed under the column "Migrated Product(s)".
- In consideration of the termination of the Original Product(s) licenses, CA makes available to Customer licenses of the Migrated Product(s).
- All financial obligations relating to the Original Product(s) remain valid and enforceable and are applicable to the Migrated Product(s) for which Delta will retain perpetual license rights, and
- The Migrated Product(s) are subject to the CA Agreement and this Order.

| Prior Contract Number | Original Product(s) | Original Authorized Use Limitation | Migrated Product(s) | New Authorized Use Limitation |
|---|---|---|---|---|
| 51046890 | DX Application Performance Management | Subscription 110 | Application Performance Management Classic (APM) | 110 Devices |
| 51046890 | DX NetOps | Subscription 9431 | DX NetOps | 9,431 Devices |

## SOFTWARE SUPPORT AVAILABILITY

Customer understands that CA may either (i) stabilize Licensed Programs in which no future enhancements, versions, releases, development, or service packs are planned, or (ii) the Licensed Programs may be end of life or a particular version is end of service ("EOL/EOS") in which CA will no longer (a) provide operational or technical support and (b) develop and provide new enhancements, features, upgrades, service packs, and fixes for the Licensed Programs offering ("Software Support Availability"). CA will provide Customer with a minimum of twelve (12) months' written notice prior to the EoS or EoL date of a CA Licensed Program offering or a specific version or release. Customer understands the support for the Licensed Programs licensed herein. Execution of this Order shall constitute acceptance of such support and Customer has reviewed and fully understands same. Software Support Availability for Licensed Programs can be obtained at https://www.broadcom.com/docs/end-of-support.

**IN WITNESS WHEREOF**, the parties' authorized representatives have executed this Order to be effective as of the Effective Date of this Order as set out above.

| DELTA AIR LINES, INC. | | CA, Inc. | |
|---|---|---|---|
| Signature: | *Ryan Albrecht* (DocuSigned by, 90CFD73E36104D5) | Signature: | *Margaret Persan* (DocuSigned by, 23E5A19CC216436) |
| Name: | Ryan Albrecht | Name: | Margaret Persan |
| Title: | General Manager, IT Supply Chain | Title: | Principal, Sales Accounting |
| Date: | 12/29/2022 | Date: | 12/29/2022 |