# EXHIBIT 1

# PROVISIONALLY FILED UNDER SEAL

[redacted]

599378-001 thru -015

AMENDMENT NUMBER 1 TO

ORDER FORM and MAINFRAME CAPACITY BASED LICENSE

EFFECTIVE JANUARY 1, 2001 (the "LICENSE)

BETWEEN

DELTA AIR LINES, INC. ("LICENSEE")

AND

COMPUTER ASSOCIATES INTERNATIONAL, INC. ("CA")

Effective January 1, 2001, the referenced Order Form and the referenced License Agreement are amended to add the following provisions with respect to Licensee's use of the Licensed Programs listed in Exhibit "A" (the "Mainframe Programs").

| ADDED LICENSE PROGRAMS | | REPLACED LICENSE PROGRAMS | |
|---|---|---|---|
| ***PROGRAMS*** | ***MULTIPLIERS*** | ***PROGRAMS*** | ***MULTIPLIERS*** |
| NetworkIT NetMaster for TCP/IP | 1.2561 | • SOLVE: NetMaster for TCP/IP Performance Option<br>• SOLVE: NetMaster for TCP/IP Diagnostic Option | 0.5164<br>0.7397 |
| | | | |
| NetworkIT NetMaster for SNA | 1.8375 | • SOLVE: NetMaster | 1.8375 |
| | | | |
| NetworkIT NetMaster Automation | 1.8420 | • SOLVE: Operations for SNA Manager<br>• SOLVE: SNA Service Agent | 1.2553<br>0.5867 |

COMPUTER ASSOCIATES INTERNATIONAL, INC

BY: [signature]
(Authorized Signature)

DAVID LIVARD
(Name)

VP-Sales Accounting
(Title)

January 30, 2001
(Date)

DELTA AIR LINES, INC.

BY: Michael J. McHale [signature]
(Authorized Signature)

Michael J. McHale
(Name)

Director, Technology Purchasing
(Title)

2/14/01
(Date)

| In Sequence Please initial & Date | |
|---|---|
| 1 Technology Purchasing Senior Buyer | |
| 2 Technology Purchasing Commodity Manager | 2/13/01 |
| 3 Legal | 2/14/01 |
| 4 Internal Customer | |
| 5 Delta Technology | |

599378-001
thru -015

2. License Fee.

(a) The License Fee for use of the Licensed Programs for the period expiring on December 31, 2005 (the "Term) is [redacted] payable as follows:

| Amount | Due |
| --- | --- |
| [redacted] | January 1, 2001 |
| | January 1, 2002 |
| | January 1, 2003 |
| | January 1, 2004 |
| | January 1, 2005 |

(b) The parties acknowledge that nothing herein shall affect Licensee's obligation to pay to Platinum Technology Financial Services ("PTFS"), or its successor or assignee, the following fees as provided in two certain agreements between Licensee and Platinum Technology Financial Services ("PTFS") dated June 30, 1998:

| Amount | Due |
| --- | --- |
| [redacted] | June 30, 2001 |
| | June 30, 2002 |
| | June 30, 2001 |
| | June 30, 2002 |

(c) CA shall deliver the Licensed Programs and any related documentation via electronic means. CA's invoices shall clearly and separately identify (i) the License Fee for the Licensed Programs, (ii) any charge for any documentation that must be delivered in hard copy, and (iii) the fee due for Maintenance, if any.

3. Authorized Use. The Licensed Programs may be used only by and for the benefit of Licensee and Delta Technology, Inc. ("Delta Technology"), and their majority-owned subsidiaries, at the Licensee Sites, provided that: (i) Delta Technology and each such subsidiary agrees to comply with the confidentiality and usage restrictions of this Agreement; (ii) with respect to the Mainframe Programs, the Mainframe Capacity does not exceed 357,724 Capacity Units, (the "Licensed Mainframe Capacity" or the "LMC"); and (iii) with respect to the Distributed Programs use shall not exceed the limitations set forth on Exhibit B. Any increase in the above usage restrictions shall be subject to the terms set forth herein. It is expressly understood that "use" shall mean utilizing the Licensed Programs to process business information, data and materials of any person to the full extent related to the ordinary course of Licensee's, Delta Technology's, and their majority-owned subsidiaries' business; provided, however, that Licensee, Delta Technology, and their majority-owned subsidiaries shall not use the Licensed Programs in a service bureau application to provide commercial data processing services to third parties.

4. Maintenance Services. The License Fee payable under paragraph 2 does not entitle Licensee to receive support and maintenance services ("Maintenance") for the Licensed Programs. However, Licensee may receive Maintenance for the Licensed Programs during the Term by giving CA prior written notice and paying to CA an annual Maintenance Fee ("MF") as set forth below, provided that the amount of such MF shall be adjusted to reflect any subsequent increases in the Licensed Mainframe Capacity, and/or the applicable usage limitations set forth in Exhibit B.

599378-001
thru -015

Notwithstanding anything to the contrary in this Agreement, if at any time during the Term (or the Renewal Term) CA makes generally available to its customers prevailing SLFs or SUMFs that are, on a per-Capacity-Unit-basis, less than the SLF or SUMF under this Agreement then such fees shall be made available to Licensee and shall be applicable to Licensee's purchase of additional computing capacity commencing on the date CA first makes such fees generally available provided that the SLF and SUMF hereunder shall not be reduced by more than 20%.

6. MIPS Capacity Calculation. MIPS Capacity shall be calculated by reference to CA's published schedules of the MIPS capacity of processors. In the event that any particular processor is not accounted for on CA's schedule, the manufacturer's published specification of MIPS capacity shall control. If Licensee disputes the MIPS Capacity for a processor as identified in CA's schedule, the parties agree to consult the manufacturers specification of MIPS Capacities or Comdisco's specification for a final determination.

7. Annual Reports; Audit. On or before each anniversary date hereof, Licensee shall report to CA in writing the MIPS Capacity at each Licensee Site during the preceding 12 months period, listing each Licensed Program and the CPU on which it is being executed at each Licensee Site by manufacturer, model, operating system, location and (except for micro processors) the serial number thereof. CA shall thereupon review such report and advise Licensee of any applicable SLF and the annual SMF due as provided in paragraph 5 herein. The parties agree that in order to verify the accuracy of Licensee's report, Licensee will provide CA with such report signed and certified by an executive officer of Delta Air Lines, Inc.

8. Distributed Programs. The following provisions shall apply solely with respect to the license for the Distributed Programs:

Authorized Usage. CA hereby grants a license for the Distributed Programs specified on Exhibit B, provided that the use of the Distributed Programs may not exceed at any time the use authorized limitations as specified on Exhibit B. Use of the Distributed Programs above such limitations shall be subject to CA's prior written consent and Licensee's payment of the applicable License and maintenance fees. If Licensee notifies CA of its desire to increase such usage, CA shall consent to such increase and CA may invoice Licensee for the additional license fee and MF associated with such expanded use. Upon prior written notice to CA, Licensee may use a then generally available version of the Distributed Programs on a replacement CPU(s), subject to the applicable authorized usage limitations.

9. License Termination. Except with respect to the specific payment obligation set forth in Section 2(b) of this Addendum, All licenses and Order Forms, and their amendments or addenda, respecting use of the Licensed Programs granted to Licensee by CA or any of its predecessors for use at any Licensee Site are hereby terminated, subject, however, to the obligations of Licensee to maintain the confidentiality of the Licensed Programs and comply with the non-disclosure provisions of such terminated licenses. Any future use of or access to the Licensed Programs by Licensee at any Licensee Site shall be controlled exclusively by the terms hereof.

10. Term and Renewal. This Mainframe Capacity Based License shall have a Term as provided in paragraph 2, and the license granted hereunder shall terminate with respect to the Licensed Programs upon expiration of the Term (the "Expiration Date"), provided that by written notice delivered to CA no later than thirty (30) days prior to the Expiration Date, Licensee may elect to renew this Mainframe Capacity Based License for the Licensed Programs for one (1) additional year (the "Renewal Term"), subject to Licensee's payment of a Renewal License Fee in the amount of [redacted] and an MF in the amount of [redacted] provided further that each such fee shall be adjusted to reflect the addition of any Licensed Program, or any increase in Licensed Mainframe Capacity. Use of the Licensed Programs then covered by this Agreement after the expiration of the Renewal Term shall be subject to Licensee's payment of a license fee and an MF in such amount as the parties then agree in writing. If the parties do not agree in writing on such payment terms prior to the expiration of the Renewal Term, then Licensee may continue to use the Licensed Programs then covered by this Agreement, provided that (a) the then-prevailing LMC shall be frozen and Licensee shall not have the right to exceed same, and (b) Licensee shall pay the annual license fee and MF for the Licensed Programs and LMC then under this Agreement based on CA's then prevailing published fee schedule; provided, further however, that for a period of three (3) years after expiration of the Renewal Term, Licensee shall

599378-001
thru -015

Subject to adjustment as provided above, the MF during the Term shall be as follows:

| Amount | Period | Due |
|---|---|---|
| [redacted] | January 1, 2001 – December 31, 2001 | January 1, 2001 |
| | January 1, 2002 – December 31, 2002 | January 1, 2002 |
| | January 1, 2003 – December 31, 2003 | January 1, 2003 |
| | January 1, 2004 – December 31, 2004 | January 1, 2004 |
| | January 1, 2005 – December 31, 2005 | January 1, 2005 |

Licensee and CA acknowledge that Licensee has elected to receive Maintenance for all of the periods specified above and, accordingly, Licensee shall also pay the MF specified above for each period.

During the periods for which Maintenance has been subscribed and the applicable MF has been paid, CA will provide to Licensee maintenance and support services for the Licensed Programs, as follows:

(a). CA will provide direct support telephone access relating to the performance of the Licensed Programs on the basis of 24 hours per day and 365 days per year;

(b). On-Site assistance shall be provided where practicable and if local support services are generally made available in the area of the particular site location;

(c). CA will use its best efforts to correct any defects, errors and/or other deficiencies identified in the Licensed Programs or media as soon as practicable under the circumstances;

(d). CA will furnish Generally Available Status enhancements and new releases of the Licensed Programs developed by CA and made available to CA's other licensees of the same Licensed Programs, provided that such enhancements and new releases are not optional features for which a separate charge is normally due from such licensees;

(e). All maintenance and support services provided hereunder shall be performed in a professional manner by competent personnel; and

(f). The procedures for the provisions of such services are described in more particular in CA's Support Web Site facility for the rendering of maintenance and support functions and deliveries at WWW.CA.COM.

5. Supplemental License Fee. Licensee may increase the LMC, upon prior written notice to CA and payment of a one-time Supplemental License Fee ("SLF"), which, during the Term (and the Renewal Term), shall be equal to [redacted] for each additional Capacity Unit above the Licensed Mainframe Capacity for the Applicable Period as specified above, plus an annual Supplemental Usage and Maintenance Fee ("SUMF") which, during the Term (and the Renewal Term), shall be equal to [redacted] for each additional Capacity Unit above the Licensed Mainframe Capacity. Notwithstanding any installment payment schedule for the initial License Fee, the SLF and the initial annual SUMF shall be billable upon Licensee giving CA notice of its desire to increase the Licensed Mainframe Capacity. Such fees shall be payable within thirty (30) days, notwithstanding any installment payment schedule for the initial License Fee. The initial annual SUMF shall be prorated for each whole and partial month then remaining until the next anniversary of the Effective Date of this Order Form, and shall be payable in full annually thereafter for each year of the Term in which such increased Mainframe Capacity exceeds the applicable Licensed Mainframe Capacity specified in Paragraph 3, subject to any adjustments pursuant to this Agreement. Furthermore, if during the Term the Licensee elects to deploy Licensed products indicated by an asterick on Exhibit A, then the Supplemental License Fee above will be increased by an amount equal to [redacted] times the specific product's Capacity Multiplier, and the SUMF will be increased by an amount equal to [redacted] times the specific product's Capacity Multiplier.

599378-001
thru -015

ADDENDUM
TO
ORDER FORM
OF
DELTA AIR LINES, INC. ("LICENSEE")
AND
COMPUTER ASSOCIATES INTERNATIONAL, INC. ("CA")

The attached Order Form and the referenced License Agreement are amended to add the following provisions with respect to Licensee's use of the Licensed Programs listed in Exhibit "A" (the "Mainframe Programs") as well as BPWin, ERWin, Model Navigator, ModelMart, on Exhibit "B" (the "Distributed Programs") in accordance with the provisions of paragraph 8 hereof (collectively, the "Licensed Programs"). (The Order Form, License Agreement and this Addendum are referred to collectively as the "Mainframe Capacity Based License.") None of the terms on the reverse side of the Order Form, except the section entitled "Notice," shall be applicable. In the event of any conflict between the terms of this Mainframe Capacity Based License Addendum and those of either the Order Form or the referenced License Agreement, the terms of this Addendum shall prevail. Capitalized terms used herein without definition are used as defined in the attached Order Form and the referenced License Agreement.

1. Definitions.

(a) The "Licensee" shall mean individually and collectively, Licensee and Licensee's majority-owned subsidiaries. Except as otherwise provided in this Addendum, no other third person shall be or be deemed to be entitled to the use or benefit of the Licensed Programs at any Licensee Site.

(b) The "Licensee Sites" shall mean the data center sites identified on Exhibit "C" to this Addendum which Licensee represents are owned, operated or controlled by Licensee.

(c) "MIPS Capacity" shall mean the aggregate computing power (expressed in millions of instructions per second and rounded to the next even multiple of 10), of any computers located at the Licensee Sites, or located remotely from the Licensee sites, which such computer is used to execute any of the Mainframe Programs. "MIPS Capacity" shall not include (i) the computing power of any computer located at or remotely from the Licensee Sites which is within a Parallel Sysplex or similar configuration but which has not actually been used to execute any of the Mainframe Programs; or (ii) any portion of the computing power of any computer (for the purposes of the remainder of this sentence the "Environment"), which such Environment is dedicated solely to running an operating system, such as LINUX or other Unix based operating systems, in which the Mainframe Programs are not executing, provided that (a), the computing power of the Environment running such operating system is objectively measurable or identifiable and (b), such Environment has not derived any actual benefit from the Mainframe Programs by way of communication and/or instruction from the Mainframe Program. In the event that CA changes the basis used by CA to calculate computing capacity under licenses such as this Agreement, CA agrees to negotiate in good faith an appropriate mutually agreed amendment relating specifically to the calculation and determination of computing capacity. The parties agree to consider appropriate revisions to such terms that will result in the maximum aggregate capacity limitation equivalent to those set forth herein. However, any new terms will in no way affect Licensee's payment obligations or products licensed hereunder.

(d) "Mainframe Capacity" shall be calculated by multiplying the MIPS Capacity, as defined above, by the multiplier applicable to each of the Mainframe Programs as specified in Exhibit A. Mainframe Capacity is expressed in "Capacity Units".

pay an annual license fee and MF for the Licensed Programs and LMC then under this Agreement that is the lesser of: (i) that based on CA's then prevailing published fee schedule; or (ii) that calculated by increasing by 3.50% per annum, on an annually compounding basis from the Effective Date to the expiration of the Renewal Term, the License Fee and MF under this Agreement on the Effective Date, as adjusted to reflect the addition of any Licensed Program or any increase in Licensed Mainframe Capacity. For a period of three (3) years after expiration of the Renewal Term, the SLF and SUMF shall be the lesser of: (i) that based on CA's then prevailing published fee schedule; or (ii) that calculated by increasing the fees set forth in Section 5 hereof by 3.5% per annum on an annually compounded basis from the Effective Date.

11. Derivative Products. In the event CA develops a new generation or variation of a Licensed Program hereunder (a "Derivative Product") during the Term (including the Renewal Term) hereof, whether such Derivative Product is intended for use with an operating system not yet developed or with a new release of an operating system specified herein then, upon CA's receipt of Licensee's written request and without additional charge, such Derivative Product shall be added to this license for use by Licensee as provided herein during the Term (including the Renewal Term), even if CA then determines to charge a separate license fee for the Derivative Product to CA's other licensees.

12. Special New License Discount. During the Term, Licensee may license additional generally available CA programs not included as Licensed Programs hereunder, by delivering to CA an appropriate Order Form providing for the grant of such license and for the payment of an additional license fee and an annual maintenance fee; provided that for additional programs licensed on a multi-year basis, Licensee shall be entitled to receive a discount of [redacted] from CA's then prevailing license fees.

13. Confidentiality. Licensee hereby acknowledges that the terms of the license granted hereunder by CA are personal to Licensee and are highly confidential. Licensee hereby agrees that it shall not disclose any of the terms of this Agreement (including, without limitation, the terms relating to pricing and authorized use) to any person or entity other than Licensee's employees, auditors, consultants, contractors, and attorneys who have a need to know such information in connection with their performance of services for Licensee and who have first agreed to be bound and abide by the confidentiality and usage terms of this Agreement.

14. Total Client Care (TCC) Program. Licensee will be, and will remain, enrolled in CA's TCC Program during the initial term hereof and any renewal period, at no additional fee.

15. CA-World Passes. As a special business accommodation in consideration of Licensee's entering into this license, CA will provide Licensee 3 annual complimentary passes to CA-World at no charge (recognizing that Licensee shall be responsible for their travel, lodging, and other expenses) for CA-World during the term of the Agreement.

16. Executive Conferences. Licensee agrees that it will make a good faith effort to attend at least two CA Executive conferences (such as a CIO Conference, CA-World Executive Management Forum, etc.) per year for the term of this Agreement; provided, however, that Licensee's failure to attend any CA Executive conferences shall not in any manner be construed to be a breach of this Agreement.

17. Pilot Projects. Licensee agrees that it will make a good faith effort to jointly participate with CA on a mutually convenient schedule to conduct in an expeditious manner in-depth eTrust and Unicenter TNG pilot projects including the implementation and assessment within Licensee's operating environment to determine and verify the operating features and advantages of such CA technologies, provided that Licensee, in its sole discretion, determines that participation in such pilot project activities will not interfere, or if commenced do not come to interfere, with Licensee's business. Such pilot project activities, if undertaken, shall not in any way affect or diminish Licensee's or CA's rights or obligations under this Agreement or have any effect of the fees payable hereunder. Licensee's failure to participate in such pilot project activities, or if commenced the termination of such pilot project activities, shall not in any manner be construed to be a breach of this Agreement.

18. Relocation. If Licensee desires to relocate the Licensed Programs to a data center operated by a Facility Manager ("FM") with which Licensee has entered into a FM Agreement, then CA shall consent to such relocation without charge, upon CA's receipt of an Order Form executed by Licensee as well as an FM Supplemental Agreement in substantially the same form as CA's standard FM Supplemental Agreement, or such other agreement as the parties mutually agree, executed by Licensee and the FM. Following such relocation, Licensee and the FM shall continue to be bound and abide by the provisions of this Agreement and of the FM Supplemental Agreement. As a special business accommodation to Licensee and without any additional fee hereunder, CA agrees that Licensee may relocate a copy the Licensed Programs from a designated Licensee Site to a replacement Licensee Site (also owned (or leased) and operated by Licensee and located within the United States and designated by Licensee's written notice to CA). For the purpose of conducting installation, testing and dual production processing in order to facilitate such migration, during a period not to exceed 90 days following Licensee's such notice, CA will continue to provide Licensee with support and maintenance services for the Licensed Programs at the original Licensee Site. On or before the expiration of such migration period, Licensee shall stop all use of the Licensed Programs at the original Licensee Site, delete all copies thereof from all computer equipment, libraries and storage devices at such Licensee Site and furnish its certification to CA that such actions have been completed and all Licensed Programs and all related documentation have been delivered to the replacement Licensee Site. During such migration period, MIPS Capacity shall not include any CPU located at the replacement Licensee Site.

19. Assignment. For purposes of this Order Form, the first sentence of the provision of the License Agreement referenced by this Order Form entitled "Assignment" is amended by adding the following:

;provided that CA shall consent to such an assignment to any majority-owned subsidiary of Licensee or Licensee's parent corporation (if any) as long as such entity is a subsidiary of Licensee or of its parent, provided that such subsidiary first delivers to CA a formal notice of such assignment and thereafter delivers to CA an executed Order Form referencing the License Agreement referenced by this Order Form together with a fully executed assignment addendum.

20. Disabling Code. CA warrants and represents that it has taken reasonable steps in accordance with its standard procedures to test the Licensed Program for which a license is granted hereunder for Disabling Code, that to CA's best knowledge the Licensed Program is free of Disabling Code as of the date of delivery by CA, and that CA will continue to take such reasonable steps with respect to future enhancements or modifications to the Licensed Program. "Disabling Code" is defined as computer instructions that alter or destroy the Licensed Program and includes instructions that may cause the Licensed Program to self-replicate without manual intervention. Licensee shall also take reasonable steps in its other procurements and in the operations of its operating environment to monitor for and detect the presence of Disabling Code from other sources. The foregoing representations and warranties of CA notwithstanding, Licensee understands and agrees that certain of CA's software programs contain passwords or similar devices which require renewal for continued operation, and that, provided CA notifies Licensee in advance of the existence of such passwords or devices, the use of such passwords or devices is not restricted or prohibited by the terms of this provision.

21. Breach and Termination. For the purposes of this Agreement, the provision of the License Agreement referenced by this Order Form entitled "Breach and Termination" is deleted in its entirety, and is replaced with the following:

Either party may terminate this Agreement if the other party breaches any material provision of this Agreement and has not cured the breach within thirty (30) days after receipt of written notice of the breach from the other party. Upon Licensee's termination of this Agreement for CA's breach, in addition to any other rights and remedies Licensee may have, Licensee shall de-install and return the Licensed Programs to CA, and shall be entitled to a refund of any pre-paid portion of the applicable license fee, and a refund of any pre-paid portion of the applicable Maintenance Fee. Upon CA's termination of this Agreement for Licensee's breach, in addition to any other rights and remedies CA may have, Licensee shall de-install and return the Licensed Programs to CA and CA shall be entitled to payment of unpaid fees which have accrued up to the date of termination as well as payment of all then remaining unpaid installments of license fees under paragraph 2, committed MF under paragraph 4 and committed SLF and

599378-001 thru 015

SUMF under paragraph 5, which amounts shall be payable in accordance with the payment schedule as provided in this agreement.

22. Export Regulations. Licensee shall observe all relevant import and export laws and regulations, including but not limited to the regulations of the Office of Export Administration of the US Department of Commerce.

23. Amendment. Any amendment of this Mainframe Capacity Based License must be in writing signed by the parties.

COMPUTER ASSOCIATES INTERNATIONAL, INC.

By: [signature]
(Authorized Signature)

DAVID RIVARD
(Name)

VP-Sales Accounting
(Title)

January 30, 2001
(Date)

DELTA AIR LINES, INC.

By: Michael J. McHale
(Authorized Signature)

Michael J. McHale
(Name)

Director - Technology Purchasing
(Title)

January 1, 2001
(Date)

| In Sequence Please Initial & Date | | |
|---|---|---|
| 1 | Technology Purchasing Senior Buyer | |
| 2 | Technology Purchasing Commodity Manager | [initials] 1/30/01 |
| 3 | Legal | [initials] 01/30/01 |
| 4 | Internal Customer | [initials] |
| 5 | Delta Technology | [initials] |
| 6 | Delta Technology Finance | [initials] |
| 7 | Technology Purchasing Director | MJM 1/30/01 |

599378-001 thru -015

# EXHIBIT A

## LICENSED PROGRAMS

| Licensed Programs | Multiplier | Licensed Programs | Multiplier |
|---|---|---|---|
| APAS/INSIGHT FOR MVS | 0.96110 | *OPTIMIZER/II | 1.5720 |
| EXAMINE INTERNAL TRAVEL | 1.94200 | *SYSVIEW/E CICS OPTION | 1.0170 |
| MULTI-IMAGE ALLOCATION | 1.04460 | *SYSVIEW/E MQ OPTION | 1.0170 |
| MULTI-IMAGE CONSOLE | 0.60500 | *SYMDUMP FOR CICS-INTERTEST OPT | 0.8450 |
| MULTI-IMAGE INTEGRITY | 1.50440 | *SYMDUMP/SYSTEM | 1.2400 |
| MULTI-IMAGE MANAGER | 2.89590 | *SYMDUMP/BATCH | 1.2400 |
| NETMAN/OLCF | 0.87250 | *VERIFY | 2.2310 |
| NETMAN/PROBLEM | 1.54840 | *ASTEX | 1.8830 |
| NETSPY/MVS | 1.65240 | *INSIGHT/DB2 | 1.3240 |
| PAN/APT | 1.53730 | *24 X 7 FOR DB2 | 0.3410 |
| PANVALET | 1.62940 | *CA-1 COPYCAT | 0.2300 |
| PANVALET ISPF | 0.97770 | *SYSVIEW/E | 1.6270 |
| SOLVE:NETMASTER FOR TCP/IP PERFORMANCE OPTION | 0.51640 | *TPX EXTENDED PACKAGE | 1.2930 |
| SOLVE:NETMASTER FOR TCP/IP DIAGNOSTICS OPTION | 0.73970 | *VIEW | 1.0940 |
| SOLVE: ACCESS | 1.00320 | *DELIVER | 1.6790 |
| SOLVE: OPERATIONS FOR MVS | 1.67370 | *INTERTEST | 1.9070 |
| SOLVE: OPERATIONS FOR SNA MANAGER | 1.25530 | *INTERTEST/BATCH | 1.3760 |
| SOLVE: MVS SERVICE AGENT | 0.58670 | *OPS/MVS II JES2 | 1.6270 |
| SOLVE: SNA SERVICE AGENT | 0.58670 | *OPS/MVS II MULTI-SYSTEM FAC | 0.2610 |
| SOLVE: NETMASTER | 1.83750 | *NEUMICS BASE SET | 2.5160 |
| RC/ SECURE | 1.66400 | *NEUMICS CAPACITY PLANNER | 0.6440 |
| FAST LOAD | 1.97800 | *NEUMICS DASD SPACEANALYZER W/DSC | 0.7690 |
| FAST UNLOAD | 1.97800 | *NEUMICS DB2 ANALYZER | 0.6990 |
| RAPID REORG | 2.53100 | *NEUMICS MVS PERFORMANCE MANAGER | 0.6160 |
| QUICK COPY | 1.60800 | *RC/EXTRACT | 2.5920 |
| SAMS:COMPRESS MVS | 1.40400 | *FILE MASTER | 4.0000 |
| ONE | 1.57010 | *CA-SPOOL | 1.0610 |
| DATABASE ANALYZER | 2.98560 | *CA-SPOOL NATURAL INTERFACE | 0.2180 |
| DETECTOR | 2.59240 | *FAST RECOVER | 2.0540 |
| LOG ANALYZER | 2.60580 | *RECOVERY ANALYZER | 2.1870 |
| PLAN ANALYZER | 2.78250 | *FAST CHECK | 1.9780 |
| RC/ COMPARE | 1.29380 | *FAST INDEX | 2.0540 |
| RC/ MIGRATOR | 2.49640 | *INDEX EXPERT | 2.5920 |
| RC/ QUERY | 1.66420 | *LOGCOMPRESS | 1.2520 |
| RC/ UPDATE | 2.49640 | *MERGE/MODIFY | 1.9780 |
| SQL EASE | 2.38500 | *ONLINEREORG | 2.5310 |
| SAMS:VANTAGE | 0.70200 | *PARTITION EXPERT | 1.6200 |
| SAMS:VANTAGE OS/390 AUTOMATION | 1.28600 | *RC/MERGER | 0.5600 |
| SAMS:VANTAGE OS/390 HSM PLUS | 0.70200 | *REPOSITORY/MVS | 3.2670 |
| SAMS:VANTAGE OS/390 VISTA | 1.44800 | *RI EDITOR | 0.6000 |
| | | *RI MANAGER | 0.7880 |
| | | *SUBSYSTEM ANALYZER | 2.5920 |
| | | *ENDEVOR for DB2 | 1.045 |
| | | *ENDEVOR/AUTOMATIC CONFIGURATION MANAGER | 0.647 |
| | | *ENDEVOR/EXTENDED PROCESSORS | 1.064 |
| | | *ENDEVOR/EXTERNAL SECURITY INTERFACE | 0.208 |
| | | *ENDEVOR/MVS | 1.973 |
| | | *ENDEVOR/PARALLEL DEVELOPMENT MANAGER | 0.866 |
| | | *ENDEVOR/QUICK EDIT | 0.647 |
| | | *ENDEVOR/OS390 PANVALET INTERFACE | 0.215 |

599378-001 thru -015

EXHIBIT B

DISTRIBUTED PROGRAMS AND USE LIMITATION

| Distributed Programs | CPU Model/Tier | Operating System | Maximum Workstations |
|---|---|---|---|
| BPWin | Intel | Windows NT | 20 |
| ERWin | Intel | Windows NT | 85 |
| Model Navigator | Intel | Windows NT | 1 |
| Model Mart | Intel | Windows NT | 81 |

[redacted]

599378-001 thru -015

**EXHIBIT C**

LICENSEE SITES

1) 1030 Delta Blvd
Atlanta, GA 30320

2) 760 Doug Davis Drive, Suite A
Hapeville, GA 30364

3) TBD – 1 additional site within the United States of America to be identified by prior written notice by Licensee

technologies

# Fax / Scanner Cover Sheet FY12

technologies

| | | | |
|---|---|---|---|
| **Area:** | Maintenance | **Sales Team:** | SO_ATLANTA |
| **Company Name:** | Delta Air Lines, Inc. | **Shipment Required?** | **No** |
| **SAP Sold To #:** | 21471 | **Financial Contracts Analyst / Deal Desk Approval by:** | Casey Phillips |
| **SAP Quote #:** | 1129384 | **TOPS Site ID #:** | 187616 |
| **CPQ Quote #:** | Y100028724 | | |
| **Total Agreement Amount:** | $ [redacted] | **Initial billing Amount:** | $ [redacted] |
| **CML Contract #:** | 9840040 | **FAX sent by: Your name here -->** | Tracy Winn |
| **For Service Assurance transactions: Are there multiple ship to addresses?** | | **No** | |

**IMPORTANT: Provide Client contact information for return of Countersigned Contract**

| | | | |
|---|---|---|---|
| **Client Contact Name:** | Jill Samson | **Client Email:** | jill.samson@delta.com |

Fax numbers for easy reference should a CA Scanner not be available

| | |
|---|---|
| Canada 866.299.6960 | Maintenance Fax 866.315.7659 |
| Channel 866.300.3798 | North (Central) 866.299.7667 |
| East_MA (MidAtlantic) 866.300.3749 | Public Sector 866.300.4884 |
| East_NE (Northeast) 866.300.3795 | South Area 866.300.3433 |
| Global FMs 866.300.4990 | West Area 866.300.2812 |
| | *Acquisitions 866.315.7934* |

| | |
|---|---|
| **Maintenance Group Deals Only** - Note action at end of term | 2. Medium Touch Contract (to be negotiated) |

**Original SAP contract numbers are required for all time transactions. Please list all SAP contract numbers which are being superseded.**

40132379

**NOTES :**

**IMPORTANT: Provide Client email and Fax # for return of Countersigned Contract**

Jill Samson, 612-266-1034

**An attestation by the Sales Representative is required for booking. This section must be filled out and initialed if you have not attested to this deal in the SAP quote or submitted OSW.**

Attestation: I, Tracy Winn attest that the contract documents specified herein (including any previous agreement referenced therein) represent the entire agreement described in this quote/contract/CPQ and further that there are no side-letters, oral or written representations, or any other material representations, or any other material agreements, terms or conditions (hereinafter collectively referred to as "Side-Letters") of which I am aware modifying this transaction. Initial here T.W.

*The only controlled versions of QMS documents are online.*
*§ Copyright © 2011 CA. All rights reserved. CA confidential and proprietary information for CA internal use only. No unauthorized copying or distribution permitted.*

Docushare Coversheet Oct 2011 (10).xls