# EXHIBIT 2

PROVISIONALLY FILED UNDER SEAL