# EXHIBIT 3

PROVISIONALLY FILED UNDER SEAL